IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS L. KITCHEN,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 3:10-2150<br>:<br>:   (JUDGE NEALON) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant | :<br>:   (MAGISTRATE JUDGE MANNION)<br>: |

### ORDER

**NOW**, this 3rd day of February, 2012, for the reasons set forth in the Memorandum dated this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal of the Commissioner's decision is **GRANTED** and the matter is **REMANDED** to the Commissioner.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge

**FILED**
SCRANTON

FEB 0 3 2012

Per_____
DEPUTY CLERK