IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS L. KITCHEN,<br>　　　Plaintiff, | : <br> : <br> : **CIVIL ACTION NO. 3:10-2150** |
| v. | : <br> : (JUDGE NEALON) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　Defendant | : <br> : (MAGISTRATE JUDGE MANNION)<br> : |

## ORDER

**NOW**, this 3rd day of February, 2012, for the reasons set forth in the Memorandum dated this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal of the Commissioner's decision is **GRANTED** and the matter is **REMANDED** to the Commissioner.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge

**FILED**
**SCRANTON**

FEB 0 3 2012

Per_____
　　DEPUTY CLERK